IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-00223-D-KS

**United States of America**,

v.

**Brandon Marquis Hayes**,

Defendant.

**Order**

At the conclusion of the Defendant's arraignment, his attorney asked the court to modify the Defendant's conditions of release. The United States and United States Probation Office consented to the modification. The court believes there is good cause to modify the conditions of release and that the modified conditions will reasonably assure his appearance at future proceedings and reasonably assure the safety of any other person or the community.

The court modifies the Defendant's conditions of release to allow him to travel to the Middle District of North Carolina for purposes related to the custody agreement between the Defendant and his former spouse. All other conditions remain in effect.

Dated: September 3, 2026

Robert T Numbers II

Robert T. Numbers, II
United States Magistrate Judge